**Order entered March 14, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-21-00565-CR**
**No. 05-21-00566-CR**

**HENRY LEE CAREY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F19-55133-H & F19-10416-H**

**ORDER**

Before the Court is appellant's March 9, 2022 fourth motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief received with the motion filed as of the date of this order.


/s/    LANA MYERS
JUSTICE